**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Cruz ESPINOZA–TORRES,**
**Defendant–Appellant.**

No. 06–10892
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Christy Lee Drake, Assistant U.S. Attorney, U.S. Attorney's Office, Northern

---

District of Texas, Amarillo, TX, for Plaintiff–Appellee.

Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Cruz Espinoza–Torres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Espinoza–Torres has filed a response. Our independent review of the record, counsel's brief, and Espinoza–Torres's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

